**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DERRELL L. DUDLEY,

Petitioner,

v.

SCOTT McEWEN, Acting Warden,

Respondent.

NO. CV 11-00202 DMG (SS)

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: October 15, 2012

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE