1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   DERRELL L. DUDLEY,              ) NO. CV 11-00202 DMG (SS)
                                     )
12                  Petitioner,      )
                                     )
13         v.                        )          **JUDGMENT**
                                     )
14   SCOTT McEWEN, Acting Warden,    )
                                     )
15                  Respondent.      )
     _____)

16

17

18       Pursuant to the Court's Order Accepting Findings, Conclusions and

19   Recommendations of United States Magistrate Judge,

20

21       IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22   with prejudice.

23

24   DATED:   October 15, 2012

25                                   _____
                                     DOLLY M. GEE
26                                   UNITED STATES DISTRICT JUDGE

27

28